160 A.3d 547

**BARBER, Rahymeen**

v.

**STATE of Maryland**

**Pet. Docket No. 41, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Reported below: 231 Md.App. 490, 153 A.3d 800.

Petition for writ of certiorari denied.

160 A.3d 547

**BRIGHT, David Miles**

v.

**STATE of Maryland**

**Pet. Docket No. 628, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 659, Sept. Term, 2016).

Petition for writ of certiorari denied.